371 U.S. 15
 83 S.Ct. 52
 9 L.Ed.2d 50
 Kenneth BARTON
v.
DISTRICT COURT OF IOWA, etc.
 No. 31, Misc.
 Supreme Court of the United States
 October 8, 1962
 
 Barton, pro se.
 Evan Hultman, Atty. Gen. of Iowa, for appellee.
 PER CURIAM.
 
 
 1
 The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.
 
 
 2
 Mr. Justice GOLDBERG took no part in the consideration or decision of this case.